UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
CASE NO. 5:25-cv-00624-CEM-PRL

Binyomin Neustadt,

    Plaintiff,

v.

Michael Ullrich, Red Carpet Inn Ltd., Stonecrest Investment Holdings, Inc., Folmar Investments LLC, 1023190509 Saskatchewan Ltd.

    Defendants.
_____/

## NOTICE OF LIS PENDENS

**TO THE ABOVE-NAMED DEFENDANTS AND TO ALL OTHERS WHOM IT MAY CONCERN:**

**YOU ARE NOTIFIED** of the institution of this action by Plaintiff, BINYOMIN NEUSTADT, against you for (i) breach of contract; (ii) breach of fiduciary duty; (iii) fraud; (iv) civil RICO; (v) declaratory relief; (vi) shareholder oppression/corporate waste; (vii) accounting and constructive trust; (viii) unjust enrichment; and (ix) preliminary and permanent injunctive relief with respect to the property described below.

The Plaintiff in this action is BINYOMIN NEUSTADT

The date of the institution of this action is October 6, 2025.

The property that is the subject matter of this action is in Marion County, Florida, and is described as follows:

**All of the Northeast Quarter (NE1/4) of Section 36, Township 17 South, Range 23 East, MARION County, Florida;**

**LESS ANY PORTIONS thereof lying within the boundaries of any of the following plats of record:**
**Fairways Of Stonecrest, Plat Book 3, Page 8;**
**Fairways Of Stonecrest Unit 2, Plat Book 4, Page 78;**
**Fairways Of Stonecrest Unit 3, Plat Book 6, Page 131;**

**Fairways Of Stonecrest Unit 4, Plat Book 6, Page 133;**
**The Enclave Of Stonecrest, Plat Book 3, Page 171;**
**The Enclave Of Stonecrest Unit 2, Plat Book 4, Page 36;**
**Enclave Of Stonecrest Unit 3, Plat Book 5, Page 137;**
**Enclave Of Stonecrest Unit 4, Plat Book 5, Page 139;**
**Overlook Of Stonecrest Unit 2 - Phase II, Plat Book 5, Page 72;**
**All recorded in the Public Records of Marion County, Florida;**

**ALSO LESS:**
**The unplatted lands lying West of and abutting aforesaid Fairways Of Stonecrest, Plat Book 3, Page 8 and Fairways Of Stonecrest Unit 2, Plat Book 4, Page 78, of the Public Records of Marion County, Florida;**

**ALSO LESS:**
**Lands described in Official Records Book 3045, Page 316, of the Public Records of Marion County, Florida;**

**ALSO LESS:**
**Lands described in Official Records Book 3397, Page 198, of the Public Records of Marion County, Florida;**

**ALSO LESS:**
**Lands described in Official Records Book 3069, Page 667, of the Public Records of Marion County, Florida;**

**ALSO LESS: Right-of-Way for S.E. 170th Street;**

**ALSO LESS:**
**Those portions of Section 36, Township 17 South, Range 23 East, Marion County, Florida and Fairways Of Stonecrest, Unit 4, as recorded in Plat Book 6, Page 133, of the Public Records of Marion County, Florida, described as follows: Begin at the Southeast corner of Lot 2, Block B, of said Fairways Of Stonecrest Unit 4 and run South along the West line of lands described in Official Records Book 3069, Page 667, to the North line of the Southeast Quarter (SE1/4) of the Northeast Quarter (NE1/4) of said Section 36; thence East to the Northeast corner thereof; thence South 00 degrees 21 minutes 47 seconds East, along the East line thereof 594.00 feet; thence West parallel with the North line of the said Southeast Quarter (SE1/4) of Northeast Quarter (NE1/4) to the intersect the Southerly extension of the Easterly line of Tract "A" of said Fairways Of Stonecrest Unit 4; thence North 45 degrees 30 minutes 17 seconds West to the East right-of-way of S.E. 116th Court Road, as shown on said Plat; thence Northerly along said right-of-way to the South line of aforesaid Block B; thence Easterly along the South line of said Block B, to the POINT OF BEGINNING.**

**TOGETHER WITH AND INCLUDING:**
**Tracts "B" and "E", Fairways Of Stonecrest Unit 2, as recorded in Plat Book 4, Page 78, Public Records of Marion County, Florida.**

**TOGETHER WITH AND INCLUDING:**
An easement for ingress and egress, subsurface utilities and irrigation facilities over, across and upon Tract "D", Fairways Of Stonecrest Unit 2, as recorded in Plat Book 4, Page 78, Public Records of Marion County, Florida.

**TOGETHER WITH AND INCLUDING:**
Those lands lying in the Southeast Quarter (SE1/4) of Section 36, Township 17 South, Range 23 East, Marion County, Florida;

**LESS ANY PORTIONS** thereof lying within the boundaries of any of the following plats of record:
Fairways Of Stonecrest, Plat Book 3, Page 8;
The Enclave Of Stonecrest, Plat Book 3, Page 171;
The Overlook Of Stonecrest, Plat Book 4, Page 75;
Overlook Of Stonecrest Unit 2 - Phase 1, Plat Book 5, Page 66;
Overlook Of Stonecrest Unit 2 - Phase II, Plat Book 5, Page 72;
Links Of Stonecrest, Plat Book 3, Page 4;
Links Of Stonecrest Unit 2, Plat Book 5, Page 146;
Southern Ridge At Stonecrest, Plat Book 7, Page 5;
Lakes Of Stonecrest Unit 1, Plat Book 2, Page 157;
Lakes Of Stonecrest Unit 2, Phase 1, Plat Book 3, Page 160;
Lakes Of Stonecrest Unit 2, Phase 2, Plat Book 4, Page 25;
All recorded in the Public Records of Marion County, Florida;

**ALSO LESS AND EXCEPT** lands described in Warranty Deed recorded in Official Records Book 2117, Page 622, Public Records of Marion County, Florida.

**TOGETHER WITH AND INCLUDING:**
Those lands lying in the Southwest Quarter (SW1/4) and the Southwest Quarter (SW1/4) of the Southeast Quarter (SE1/4) of Section 31, Township 17 South, Range 24 East, Marion County, Florida;

**LESS ANY PORTIONS** thereof lying within the boundaries of any of the following plats of record:
Overlook Of Stonecrest Unit 3, Plat Book 7, Page 122;
Links Of Stonecrest Unit 3, Plat Book 7, Page 189;
Southern Ridge At Stonecrest, Plat Book 7, Page 5;
Eastridge At Stonecrest, Plat Book 7, Page 142;
Eastridge At Stonecrest Unit II, Plat Book 8, Page 86;
Meadows At Stonecrest Unit 1, Plat Book 8, Page 172;
Meadows At Stonecrest Unit II, Plat Book 9, Page 53;
Overlook Of Stonecrest Unit 2 - Phase I, Plat Book 5, Page 66;
Links Of Stonecrest Unit 2, Plat Book 5, Page 146;

**All recorded in the Public Records of Marion County, Florida;**

**LESS AND EXCEPT: (From any and all lands above described):Lands described in Warranty Deeds recorded in Official Records Book 2161, Page 1313, Official Records Book 2341, Page 576, Official Records Book 2389, Page 1591, Official Records Book 2526, Page 1481, Official Records Book 2639, Page 861, Official Records Book 2674, Page 1572 and Official Records Book 2950, Page 1243, (however redundant they may or may not be).**

**ALSO LESS AND EXCEPT:**
**Lands described in Quit-Claim Deed recorded in Official Records Book 2522, Page 610, of the Public Records of Marion County, Florida.**

**TOGETHER with Easement Rights for the benefit of the "Country Club", as defined in and as such easement rights are set out in the Amended and Restated Declaration of Covenants, Conditions and Restrictions for Stonecrest recorded in Official Records Book 2192, Page 1, of the Public Records of Marion County, Florida, and any amendments thereto.**

**Subject to encumbrances, easements and restrictions of record and taxes for 2022.**

**PARCEL NO.:** 6200-002-000

**A/K/A**: 11560 SE 176th Place Rd, Summerfield, FL 34491

Dated: October 6, 2025.

                                        Respectfully submitted,

                                        **GS2 LAW, PLLC**
                                        *Counsel for Plaintiff*
                                        20801 Biscayne Blvd, Suite 506
                                        Aventura, FL 33180
                                        Phone: (305) 780-5212
                                        Fax: (786) 345-7343
                                        rg@gs2law.com

                                        By: /s/*Robert D. Garson*
                                             Robert D. Garson, Esq.
                                             Fla. Bar No. 1034548