UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BINYOMIN NEUSTADT,

   Plaintiff,

v.                                                          Case No: 5:25-cv-624-CEM-PRL

MICHAEL ULLRICH, et al.,

   Defendants.

## ORDER

On December 12, 2025, Defendants/Counter-Plaintiffs, Red Carpet Inn Ltd., 1023190509 Saskatchewan Ltd., Folmar Investments, LLC, and Stonecrest Investment Holdings, Inc. filed a three-count verified counterclaim against Plaintiff, Binyomin Neustadt. (Doc. 16). Mr. Neustadt's response to the counterclaim was due on or before January 2, 2026. Because Mr. Neustadt failed to timely respond to the counterclaim, Counter-Plaintiffs filed the instant motion for entry of clerk's default on January 13, 2026. (Doc. 26). Three days later—on January 16, 2026—Mr. Neustadt filed his answer and affirmative defenses to the Counterclaim. (Doc. 27).

While the responsive pleading is untimely, it clearly evidences Mr. Neustadt's intent to defend the counterclaim. Accordingly, and in accordance with the judicial preference for a decision on the merits, Counter-Plaintiffs' motion for clerk's default (Doc. 26) is due to be **denied**.

**DONE** and **ORDERED** in Ocala, Florida on January 26, 2026.

- 2 -

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties