**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**BINYOMIN NEUSTADT,**

**Plaintiff,**

**v.** **Case No.: 5:25-cv-00624-CEM-PRL**

**MICHAEL ULLRICH, RED CARPET INN LTD, STONECREST INVESTMENT HOLDINGS, INC, FOLMAR INVESTMENTS LLC, 1023190509 SASKATCHEWAN LTD,**

**Defendants,**
**____________________________________/**

## ORDER TO SHOW CAUSE

This case is before the Court for consideration of Plaintiff/Counter-Defendant Binyomin Neustadt's motion styled "Emergency Motion for Protective Order Regarding Witness Intimidation." (Doc. 68).

Plaintiff recites that, following a recent evidentiary hearing in this case on cross-motions for injunctive relief, "Defendant/Counter-Plaintiff Michael Ullrich ("Ullrich") sent a lengthy, threatening communication directly to Brian Haines, Plaintiff's Chief Operating Officer and a key fact witness who testified at the hearing." (Doc. 68 at 1). Plaintiff contends that the message "contains veiled threats of criminal investigation directed at Mr. Haines personally, attempts to drive a wedge between Mr. Haines and his employer, intimidating displays of financial power and litigation resolve, and disparagement of Plaintiff's counsel, all designed to intimidate Mr. Haines into abandoning his testimony and his loyalty to Mr. Neustadt." (Doc. 68). Plaintiff's motion is credibly supported by the affidavit of Brian

Haines, as well as exhibits containing the subject communications that appear to be text messages. (Doc. 68-1 & 68-2). Plaintiff requests a protective order and other relief as outlined in the motion. (Doc. 68).

Accordingly, by written response filed within **ten days** of the entry date of this Order, Defendant/Counter-Plaintiff Michael Ullrich shall **SHOW CAUSE** why Plaintiff's Motion for Protective Order Regarding Witness Intimidation should not be granted.

**DONE** and **ORDERED** in Ocala, Florida on August 21, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties